LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

August 7, 2020

By Email and ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Almonte
       Case No. 14 Cr. 086 (KPF)

Dear Judge Failla:

Marco Almonte requests that he be released on bail on the violation of supervised release charges, including failure to report, a grade C violation.

On consent by Richard Cooper, AUSA, the parties propose the following bail conditions: $50,000 unsecured recognizance bond signed by Mr. Almonte and a financially responsible person to be approved by the Government. Mr. Almonte will reside at 4 North Genesee Street, Geneva, New York.

Respectfully submitted,

/s/ *Stephen Turano*

Stephen Turano
Attorney for Marco Almonte

cc: Richard Cooper, AUSA (by email and ECF)

Application GRANTED. Mr. Almonte is ORDERED released on bond subject to the conditions detailed in counsel's letter to the Court.

Dated:   August 7, 2020
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE