UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                                            14 Cr. 86 (KPF)

                v.

                                            <u>ORDER</u>

    MARCO ALMONTE,

                        Defendant.
------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED that Defendant Marco Almonte, Reg. # 69856-054, be released from custody, subject to the conditions detailed below:

- $50,000 unsecured recognizance bond signed by Mr. Almonte and a financially responsible person ("FRP") to be approved by the Government;

- Mr. Almonte can be released immediately and he and the approved FRP will have until August 13, 2020, to satisfy the bond; and

- Mr. Almonte will reside at 4 North Genesee Street, Geneva, New York.

    The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

    SO ORDERED.

Dated:    August 10, 2020
              New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge