UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARCO ALMONTE,<br><br>                Defendant. | 14 Cr. 86 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 7, 2020, the parties appeared before the Court for a preliminary revocation hearing in regard to Defendant's alleged violation of the conditions of his supervised release. At that August 7 hearing, the Court ordered that Defendant be released from custody subject to certain conditions, but did not resolve the alleged violation. The Court now wishes to schedule a hearing for such a purpose, and therefore ORDERS the parties to appear for a hearing, to proceed by Skype, on August 28, 2020, at 10:00 a.m. The Court will provide instructions for accessing the Skype hearing separately.

    SO ORDERED.

Dated:   August 13, 2020
            New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge