LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

September 28, 2020

ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

      Re:    <u>United States v. Almonte</u>
                 Case No. 14 Cr. 086 (KPF)

Dear Judge Failla:

      Marco Almonte asked that I represent him in connection with filing a motion for early termination of supervised release. Accordingly, I seek permission from the Court to do so under the current CJA appointment or, in the alternative, request re-appointment for this limited purpose.
      .

                                      Respectfully submitted,

                                      /s/ *Stephen Turano*

                                      Stephen Turano
                                      Attorney for Marco Almonte

cc: Richard Cooper, AUSA (by ECF)

---

Application GRANTED. Mr. Turano is authorized to assist Mr. Almonte with his motion for early termination of supervised release.

Dated:    September 29, 2020
              New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE