UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 14 Cr. 86 (KPF) |
| MARCO ALMONTE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Pursuant to the Court's discussion with the parties on January 3, 2023, the in-person conference scheduled for January 6, 2023, at 11:00 a.m. will now proceed telephonically.  The dial-in information is as follows: At 11:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

It is further ORDERED that at the appointed date and time for the conference, the Warden or other official in charge of the Ontario County Jail, produce inmate Marco Almonte, Identification No. 50622, at a suitable location within the Ontario County Jail equipped with a telephone, for the purpose of participating by telephone in the conference with the Court, the Government, and defense counsel in the above referenced matter.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendant must (1) transmit this Order to the Warden forthwith; (2) contact the Ontario County Jail forthwith to arrange the call, and to determine the telephone number at which Defendant will be reachable at the

above time and date; and (3) telephone the Court with Defendant on the line at the time and date of the conference.

SO ORDERED.

Dated:    January 3, 2023
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge