UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARCO ALMONTE,<br><br>                              Defendant. | 14 Cr. 86 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Mr. Almonte's two letters to the Court dated May 3, 2023 (Dkt. #178, 179) and a separate letter not on the docket. On June 29, 2023, the Court held a conference to discuss such issues, but there were difficulties with getting Mr. Almonte on the line. The Court in no way faults Mr. Almonte for this issue.

    So that the Court can hear from Mr. Almonte, the parties are hereby directed to appear for a telephone conference to discuss these matters on **August 3, 2023, at 10:00 a.m.** The dial-in information is as follows: At 10:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

    It is further ordered that at the appointed date and time for the conference, the Warden or other official in charge of the Clinton Correctional Facility, produce inmate Marco Almonte, Identification No. 22B3793, at a suitable location within the Clinton Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court, the Government, and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the

Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendant must (i) transmit this Order to the Warden forthwith; (ii) contact the Clinton Correctional Facility forthwith to arrange the call, and to determine the telephone number at which Defendant will be reachable at the above time and date; and (iii) telephone the Court with Defendant on the line at the time and date of the conference.

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Almonte, Identification No. 22B3793, at Clinton Correctional Facility, P.O. Box 2000, Dannemora, NY 12929.

SO ORDERED.

Dated: June 29, 2023
New York, New York

KATHERINE POLK FAILLA
United States District Judge