UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA -v.- MARCO ALMONTE, Defendant. | 14 Cr. 86 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Almonte's letter to the Court postmarked April 11, 2024, which letter details difficulties he has encountered in using the law library while detained at MDC Brooklyn. The Court notes that Mr. Almonte is proceeding *pro se* in his defense of a violation of supervised proceeding in this Court, as well as in his appeal of a felony conviction in New York State Supreme Court.  As such, Mr. Almonte's access to the law library is essential in meeting court-ordered deadlines.  The Court also notes that Mr. Almonte has demonstrated his time spent in the law library has been assiduously applied to his case, as shown in documents he has filed in this matter.

It is therefore ORDERED that the Warden or other official in charge of the MDC Brooklyn, allow inmate Marco Almonte, Register Number 69856-054, access to the law library for no less than two hours per day, which the Court believes to be adequate time to research and prepare his defense in these two matters.

The Court will transmit this Order to the staff attorneys in MDC Brooklyn forthwith.  The Clerk of Court is directed to mail a copy of this

endorsement to Mr. Almonte, 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: April 23, 2024
New York, New York

KATHERINE POLK FAILLA
United States District Judge