UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARCO ALMONTE,<br><br>                    Defendant. | 14 Cr. 86 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Almonte's proposed subpoena to produce documents, information, or objects in a criminal case pursuant to Federal Rule of Criminal Procedure 17. The proposed subpoena is addressed to the Warden of MDC Brooklyn and seeks security camera footage for an MDC hallway for a certain time. Mr. Almonte is proceeding *pro se* in his defense of a violation of supervised proceeding in this Court, as well as in his appeal of a felony conviction in New York State Supreme Court. In the past, the Court has assisted him with obtaining information to aid in his defense of those proceedings. However, this subpoena appears to be related to the conditions of Mr. Almonte's confinement at the MDC, and, as far as the Court knows, Mr. Almonte has not brought a civil action related to the conditions of his confinement. Therefore, the Court cannot and will not so-order this subpoena. If Mr. Almonte does bring a civil action related to the conditions of his confinement (after exhausting his administrative remedies), it might or might not be assigned to this Court.

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Marco Almonte, 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: June 26, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge