UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 14 Cr. 86 (KPF) |
| MARCO ALMONTE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has signed the subpoena that Mr. Almonte sent. A copy of the subpoena is enclosed. The Clerk of Court is directed to mail a copy of this order and the enclosed subpoena to Mr. Marco Almonte, 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: August 27, 2025
New York, New York

KATHERINE POLK FAILLA
United States District Judge

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of NEW YORK

United States of America )
v. )
) Case No. 14 CR 86 (KPF)
MARCO ALMONTE )
_Defendant_ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: MANAGER/HUMAN RESOURCES OF PACTIVE 2480 SOMMERS DR. CANANDAIGUA NY 14424
*(Name of person to whom this subpoena is directed)*

YOU ARE COMMANDED to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: CAMERA FOOTAGE OF MR ALMONTE BADGE # 51820 WITHIN THE FACILITY ON JULY 3 AND 4TH OF 2020 AND THE TRACE MONITOR OF HIS BADGE USAGE ON SAID DATES ALSO ANY CAMERA FOOTAGE OF WHO PICKED HIM UP FROM WORK AT 3:00 PM ON SAID DATES IN PARKING LOT

| Place: LOU FAIVO (PRIVATE INVESTIGATOR) 70 LINDEN OAKS SUITE 300 ROCHESTER, N.Y. 14625 | Date and Time: AUGUST 30 2025 3:00 PM |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: August 27, 2025
New York, New York

CLERK OF COURT

_[signature]_, USDJ
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* MARCO ALMONTE
MDC BROOKLYN P.O. BOX 329002, BROOKLYN, N.Y. 11232 , who requests this subpoena, are:

STEVEN TURANO 917-974-1871 LOU FAIVO 585-732-9808

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.