UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARCO ALMONTE,<br><br>Defendant. | 14 Cr. 86 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Almonte's proposed subpoena *duces tecum* to the Geneva Police Department with the return date September 28, 2025. The Court declines to so-order this proposed subpoena because it seeks records that are not related to Mr. Almonte's VOSR proceeding.

The Clerk of Court is directed to mail a copy of this order to Mr. Marco Almonte, 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: October 3, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge