UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARCO ALMONTE,<br><br>                    Defendant. | 14 Cr. 86 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On or about October 8, 2025, the Court received by mail a letter from Mr. Almonte requesting that the Court reconsider its October 3, 2025, Order. (*See* Dkt. #198). The Court DENIES Mr. Almonte's request. His proposed subpoena seeks impeachment material which would be needlessly cumulative under Federal Rule of Evidence 403. *See United States* v. *Bari*, 599 F.3d 176, 179 (2d Cir. 2010) (Although "the Federal Rules of Evidence do not apply with their normal force in supervised release revocation hearings, the Rules nevertheless provide some useful guidelines[.]").

Further, in reviewing Mr. Almonte's case, the Court has ascertained that the New York Court of Appeals has denied him leave to appeal his direct conviction in his state court case. *See People* v. *Almonte*, 43 N.Y.3d 1053 (2025). The Court therefore believes it is time to proceed with Mr. Almonte's violation hearing in this case. The parties are ORDERED to appear for a conference on **November 20, 2025**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties shall be prepared to discuss the setting of a date for Mr. Almonte's

violation of supervised release hearing and what they intend to argue at that hearing.

The Clerk of Court is directed to mail a copy of this order to Mr. Marco Almonte, Reg. No. 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: October 21, 2025
New York, New York

KATHERINE POLK FAILLA
United States District Judge