UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MARCO ALMONTE,

Defendant.

14 Cr. 86 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court recently received two letters from Mr. Almonte that raise, among other things, issues related to his access to stamps and to law library resources at MDC Brooklyn ("MDC"). Specifically, Mr. Almonte reports that MDC (i) will not permit him to purchase more than one book of stamps at a time and (ii) is capping his "legal access" (*i.e.*, his access to law library resources) at two hours per day. The Court previously ordered that MDC permit Mr. Almonte at least two hours of legal access per day. (Dkt. #184 ("Legal Access Order")). Mr. Almonte reports that, until a recent dispute with an MDC legal department staff member, he had legal access from 8:00 a.m. to 5:00 p.m., but that MDC is now interpreting the Court's directives as imposing a ceiling, rather than a floor, on Mr. Almonte's access.

After receiving these letters, the Court communicated with legal counsel for MDC ("MDC counsel"), who informed the Court that these issues have been resolved. With respect to the stamps issue, MDC counsel advised the Court:

> As a matter of BOP policy, inmates are generally not permitted to purchase more than one book of stamps at a time because it is considered currency. That said, Mr. Almonte's Unit Manager submitted a memorandum to the Warden that was approved on June 23, 2026, requesting he be permitted to purchase an

> additional book of stamps given he is *pro se* and has multiple criminal cases currently pending. It is [counsel's] understand[ing] [that] the memo permits him to purchase an additional book of stamps each shopping day, which occurs once every two weeks. Mr. Almonte's commissary receipts confirm that on July 1, 2026, he was able to purchase two books of stamps.

With respect to the legal access issue, MDC counsel advised the Court that "[d]uring normal operations, [Mr. Almonte] can access the law library and discovery computers that are located on his unit during out of cell time from approximately 6:30 a.m. to 9:00 p.m." MDC counsel confirmed that it has received and is in compliance with the Court's Legal Access Order; indeed, the Order "has been circulated with [Mr. Almonte's] unit team and is posted in the officer's station." The Court understands from MDC counsel that Mr. Almonte has had "largely unfettered" legal access during normal operations, and at least two hours even during lockdowns.

Nevertheless, MDC counsel has agreed to "re-circulate [the Court's] Order and reiterate the expectation that the two-hour requirement is intended to be a floor, not a ceiling" and has further agreed to "ensure [that Mr. Almonte] continues to be permitted to purchase two books of stamps when needed."

Accordingly, the Court considers the stamps and legal access issues resolved.

The Clerk of Court is directed to mail a copy of this order to Mr. Marco Almonte, 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: July 15, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge