UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MARCO ALMONTE,

Defendant.

14 Cr. 86 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 27, 2025, the Court signed Mr. Almonte's proposed subpoena to Pactiv Corporation in Canandaigua, New York, seeking production of the facility's surveillance camera footage and related retention records for July 3 and July 4, 2020. (Dkt. #197). After receiving communication from Mr. Almonte explaining that Pactiv had failed to comply with this Court-issued subpoena, on June 26, 2026, the Court issued an Order directing Pactiv to submit a sworn affidavit stating whether it is in possession of these records, and to do so on or before July 17, 2026. (Dkt. #205).

Mr. Almonte's standby counsel, Stephen Turano, informs the Court that he emailed this Order to Pactiv's Human Resources Manager (the "HR Manager") on July 3, 2026, and spoke with her on July 9, 2026. The HR Manager stated that she did not intend to respond by written affidavit — in violation of this Court's Order — because, she explained to Mr. Turano, she had already provided him with an answer to the subpoena. But as Mr. Turano advises the Court in a recent letter, and as Mr. Almonte has repeatedly advised the Court in the past few months, Pactiv's answer has apparently

been inconsistent and evasive. According to Mr. Turano and Mr. Almonte, initially, Pactiv denied being served with a subpoena. Later, Pactiv acknowledged service but contradictorily said both that it has a one-year retention policy regarding camera footage (meaning it no longer possesses the records the subpoena requests) and that Pactiv has never had internal cameras (a contention Mr. Almonte vigorously disputes). In any event, Mr. Turano says, the HR Manager eventually agreed to forward the Court's June 26, 2026 Order to "legal." But to date, Mr. Turano has not received a response or request for additional time. And three-and-a-half weeks after its July 17, 2026 deadline, the Court has not either.

Mr. Almonte has long sought an evidentiary hearing to question a Pactiv representative about the Court-issued subpoena. The Court has attempted to obviate the need for such a resource-intensive hearing by giving Pactiv the opportunity to submit a sworn affidavit — indeed, by ordering Pactiv to do so. But given Pactiv's failure to abide by Court orders, the Court must grant Mr. Almonte's request.

Accordingly, the Court will hold an evidentiary hearing regarding the Pactiv subpoena (Dkt. #197) on **October 8, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Court ORDERS a representative of Pactiv to appear in person at this hearing to answer questions under oath. The Court further ORDERS the Government to appear and to produce Mr. Almonte, whom Mr. Turano shall accompany. Finally, the Court ORDERS both the Government and Mr.

Turano to transmit this Order to Pactiv and to file proof of service on the docket. The Court notes that Pactiv may still obviate this hearing by producing sworn statements and corroborative evidence as directed in the Court's June 26, 2026 Order. (*See* Dkt. #205).

The Clerk of Court is directed to mail a copy of this order to Mr. Marco Almonte, 69856-054, at MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: August 4, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge